UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY TUCKER, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>HELLY NAHMAD GALLERY INC.,<br><br>  Defendant. | Civil Action No. 1:18-cv-11963-DAB<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/3/19

GRANTED.
/s/ DAB
7/3/19

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which defendant, HELLY NAHMAD GALLERY INC., may move, answer, or otherwise respond to the Complaint is hereby extended for 30 days from July 3, 2019 up to and including August 2, 2019.

No provision of this Stipulation and Order shall be construed as a waiver of, and Defendant HELLY NAHMAD GALLERY INC., expressly reserves, any and all defenses.

This is the second request for an extension of time in connection with this matter and is necessary due to the parties actively negotiating toward a potential settlement.

Dated:  July 1, 2019

**COHEN & MIZRAHI LLP**

By: _____
   Joseph H. Mizrahi, Esq.
   Joseph@cml.legal
   300 Cadman Plaza West, 12th Fl.
   Brooklyn, New York 11201
   Tel: (929) 575-4175
   Fax: (929) 575-4195
   Attorneys for Plaintiff HENRY TUCKER

Dated:  July 1, 2019

**JACOBSON LAW GROUP PLLC**

By:   s/ Richard P. Jacobson
   Richard P. Jacobson
   445 PARK AVENUE, 9TH FLOOR
   New York, New York 10022
   T: 212.519.7733
   M: 917.684.3185
   E: Rich@JacobsonTrademark.com
   Attorneys for Defendant HELLY NAHMAD GALLERY INC.

SO ORDERED:   7/3/19

_____
Deborah A. Batts
United States District Judge